United States District Court
Southern District of Texas
**ENTERED**
August 13, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

HECTOR OLVERA GARCIA, §
    Petitioner, §
§
v. § Case No. 1:18-cv-00079
§
MICHAEL R. POMPEO, Secretary of State, §
and the UNITED STATES OF AMERICA, §
    Respondent. §

## SCHEDULING ORDER

FRCP = Federal Rules of Civil Procedure    FPC = Final Pretrial Conference    JPO = Joint Pretrial Order

1. Trial: Estimated time to try: __1__ day.    ☒ Bench
   *In the event the estimated length of trial is more than five (5) business days, each party must provide specific and itemized time limits as to each witness listed in the Joint Pretrial Order.*

2. Parties must comply with FRCP 15 in amending pleadings.

3. New party joinder deadline:    November 16, 2018
   *Furnish a copy of this scheduling order to new parties.*

4. The plaintiff's experts and expert reports deadline:    August 15, 2018
   *See FRCP 26(a)(2)(D); Local Rule 9(A)(4)*

5. The defendant's experts and expert reports deadline:    October 15, 2018
   *See FRCP 26(a)(2)(D); Local Rule 9(A)(5)*

6. Discovery completion deadline:    February 11, 2019
   *Every disclosure under FRCP 26(a)(1) or (a)(3) and every discovery request, response, or objection must be signed by at least one attorney of record in the attorney's own name--or by the party personally, if unrepresented--and must state the signer's address, e-mail address, and telephone number. See FRCP 26(g).*

   *Additionally, a party may move for an order compelling disclosure or discovery. The motion must include a certification that the movant has in good faith conferred or attempted to confer with the person or party failing to make disclosure or discovery in an effort to obtain it without court action. See FRCP 37(a)(1). Failure to comply with this rule may result in sanctions and the payment of reasonable expenses and attorney's fees pursuant to FRCP 37(a)(5).*

7. The parties' mediation and status report deadline:    February 18, 2019

8. Dispositive motions deadline:    February 26, 2019
   *See FRCP 56(b).*

   a.) Responses to dispositive motions:    March 19, 2019

9. Non-Dispositive motions deadline:    February 25, 2019

1

10. Daubert motions/motions to exclude experts deadline:     February 25, 2019

11. Joint pretrial order (including witness and exhibit lists) is due:     March 12, 2019
    *All parties are responsible for filing the joint pretrial order on time.*

12. Objections to exhibit list due:     March 22, 2019

13. Final Pretrial Conference is set for 1:30 P.M.:     April 11, 2019

14. Bench Trial is set for 10:30 A.M.:     April 22, 2019


Approved:

s/ Jaime M. Diez     8/8/18
Attorney-in-Charge, Plaintiff     Date


s/ Lance Duke     8/8/18
Attorney-in-Charge, Defendant     Date


Signed on this 13th day of August, 2018.

_____
Rolando Olvera
United States District Judge